Subject: RE: 8:20-cv-00459-JVS-DFM Wear v County of Los Angeles
Date: 5/7/2020 4:01 PM
From: "Antonio Kizzie" <AKizzie@imwlaw.com>
To: "NaShaun Neal" <nneal@theplclawgroup.com>
Cc: "Rickey Ivie" <RIvie@imwlaw.com>, "Peter Carr" <pcarr@theplclawgroup.com>, "Yolanda Harris" <yharris@theplclawgroup.com>, "Lauren McRae" <lmcrae@theplclawgroup.com>, "Martha Carrillo" <MCarrillo@imwlaw.com>

Good afternoon Peter and Na'Shaun,

Pleasure speaking with you as always. This serves to confirm that we met and conferred today regarding the following:

1) Defendants' Motion to Dismiss Plaintiff's Complaint in its entirety. Plaintiff will oppose the motion.

2) A draft of the proposed Joint Rule 26 report, Exhibit A to the Joint Rule 26 report, and the Court's May 6, 2020 scheduling ordering issued in the related *I.C.W.* case is attached hereto. All the dates Defendant requested mirror the Court's I.C.W. scheduling order.

3) Consolidation- I proposed that we consolidate the I.C.W. and D.W. case. Please advise once you have discussed such with Mr. Steering. If he will oppose, we will file a motion to consolidate. Please advise if you will oppose.

4) Protective Order regarding disclosed discovery. Please advise if you will stipulate to the usual form Central District protective order regarding all discovery disclosed in this case.

5) As courtesy between our offices and in an attempt to reach a potential early resolution of this case without the time/expense of litigation or a FRCP Rule 11 motion as I told you I discussed with *I.C.W.'s* counsel, I have attached Mr. Joseph Alan Wear's autopsy report showing he died of methamphetamine toxicity hereto. Please discuss with your client and advise if you will maintain this action within seven (7) days of today.

Please be advised that if Plaintiff D.W. insists on maintaining this action claiming that Defendants caused Mr. Wear's death after receipt and review of the autopsy report, we reserve our right to bring a FRCP Rule 11 motion and request appropriate sanctions. I sincerely hope such will not be necessary.

Please contact me with any questions. I look forward to working with you on this matter.

Best,

IMW
IVIE McNEILL WYATT PURCELL & DIGGS

**Antonio K. Kizzie, Esq.** | **Senior Associate**
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 S. Flower Street, 18th Floor
Los Angeles, CA 90071
Phone: (213) 489-0028| Fax: (213) 489-0552
E-mail: akizzie@imwlaw.com | www.imwlaw.com
***"A Tradition of Excellence Since 1943"***

**CONFIDENTIALITY NOTICE**
This electronic mail transmission, including any attachments, may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above and may contain information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient, you are hereby NOTIFIED that any disclosure, copying, distribution or taking of any action in reliance on the information is strictly prohibited. If you have received this electronically mailed information in error, please notify the sender immediately and permanently delete all copies of the original e-mail and any attached documentation.

**SERVICE NOTICE**
Antonio K. Kizzie and Ivie McNeill Wyatt Purcell & Diggs do not accept or consent to the service of process, motions, pleadings, documents, or any other items by electronic format. Correspondence via electronic format does not indicate agreement or consent to acceptance of service in such format.

**From:** Antonio Kizzie

Page 2 of 4

**Sent:** Tuesday, May 05, 2020 12:08 PM
**To:** NaShaun Neal <nneal@theplclawgroup.com>
**Cc:** Rickey Ivie <RIvie@imwlaw.com>; Peter Carr <pcarr@theplclawgroup.com>; Yolanda Harris <yharris@theplclawgroup.com>; Lauren McRae <lmcrae@theplclawgroup.com>; Carolyn Charlton <CCharlton@imwlaw.com>
**Subject:** Re: 8:20-cv-00459-JVS-DFM Wear v County of Los Angeles

Great. Talk to you then.

Best,

AK

Sent from my iPhone. Please excuse my brevity or any typos.

On May 4, 2020, at 6:30 PM, NaShaun Neal <nneal@theplclawgroup.com> wrote:

**[EXTERNAL EMAIL]**

Antonio,

I apologize for the delay. I had to confirm my availability for health care matters with my father. I am available at 1pm this Thursday. Here's the conference call information:

NaShaun Neal is inviting you to a scheduled Zoom meeting.

Topic: Wear v. COLA: Rule 26 Planning Meeting
Time: May 7, 2020 01:00 PM Pacific Time (US and Canada)

Join Zoom Meeting
https://us04web.zoom.us/j/74715907623?pwd=bEl0elQwSUcrTGlRTWFMbDZYUVE0UT09

Meeting ID: 747 1590 7623
Password: 029711

**Na'Shaun Neal**
Attorney
PLC Law Group
P: 310-400-5890M: 213-536-9993 F: 310-400-5895
A: 3756 Santa Rosalia Drive, Suite 326 , Los Angeles, CA 90008
W: ThePLCLawGroup.comE: nneal@theplclawgroup.com

On Mon, May 4, 2020 at 6:17 PM Antonio Kizzie <AKizzie@imwlaw.com> wrote:

Good afternoon Na'Shaun,

Following up re: below. Thanks.

<image002.jpg>
**Antonio K. Kizzie, Esq.** | **Senior Associate**
**IVIE McNEILL WYATT PURCELL & DIGGS**
444 S. Flower Street, 18th Floor
Los Angeles, CA 90071
Phone: (213) 489-0028| Fax: (213) 489-0552
E-mail: akizzie@imwlaw.com | www.imwlaw.com
***"A Tradition of Excellence Since 1943"***

**CONFIDENTIALITY NOTICE**
This electronic mail transmission, including any attachments, may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above and may contain information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and

may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient, you are hereby NOTIFIED that any disclosure, copying, distribution or taking of any action in reliance on the information is strictly prohibited. If you have received this electronically mailed information in error, please notify the sender immediately and permanently delete all copies of the original e-mail and any attached documentation.

**SERVICE NOTICE**
Antonio K. Kizzie and Ivie McNeill Wyatt Purcell & Diggs do not accept or consent to the service of process, motions, pleadings, documents, or any other items by electronic format. Correspondence via electronic format does not indicate agreement or consent to acceptance of service in such format.

**From:** Antonio Kizzie
**Sent:** Friday, May 01, 2020 3:44 PM
**To:** Rickey Ivie <RIvie@imwlaw.com>
**Cc:** NaShaun Neal <nneal@theplclawgroup.com>; Peter Carr <pcarr@theplclawgroup.com>; Yolanda Harris <yharris@theplclawgroup.com>; Lauren McRae <lmcrae@theplclawgroup.com>; Carolyn Charlton <CCharlton@imwlaw.com>
**Subject:** Re: 8:20-cv-00459-JVS-DFM Wear v County of Los Angeles

Good afternoon Na'Shaun,

It appears Rickey and Carolyn addressed your below inquiry. I will be lead counsel on the case and am reviewing the Complaint. The related case is currently dismissed. Please advise of your availability to meet and confer regarding a responsive pleading, relating/consolidating the cases and conducting the initial Rule 26 meeting this Thursday, May 7, 2020 at 1:00 p.m. Thank you.

Best,

AK

Sent from my iPhone. Please excuse my brevity or any typos.

On May 1, 2020, at 3:12 PM, Rickey Ivie <RIvie@imwlaw.com> wrote:

Thank you counsel. Yes, we are representing COLA in the Wear matter. My secretary, Carolyn Charlton, spoke to Pete Carr and obtained a 30 day extension to respond. I have asked Carolyn to send you a copy of the confirming email. Carolyn was also planning to file a notice of the stipulation with the court but has not yet done so. Please let me know if you have any further concerns.

Sincerely,

<image001.png>
**Rickey Ivie, Esq. | Director**
444 S. Flower Street, 18th Floor
Los Angeles, CA 90071
Phone: (213) 489-0028| Fax: (213) 489-0552
rivie@imwlaw.com | website | bio
***"A Tradition of Excellence Since 1943"***

**From:** NaShaun Neal <nneal@theplclawgroup.com>
**Sent:** Friday, May 1, 2020 2:09 PM
**To:** Antonio Kizzie <AKizzie@imwlaw.com>; Rickey Ivie <RIvie@imwlaw.com>
**Cc:** Peter Carr <pcarr@theplclawgroup.com>; Yolanda Harris <yharris@theplclawgroup.com>; Lauren McRae <lmcrae@theplclawgroup.com>
**Subject:** 8:20-cv-00459-JVS-DFM Wear v County of Los Angeles

**[EXTERNAL EMAIL]**

Good Afternoon Counsel,

I hope all is well. I write to you to inquire on whether you and your firm will be representing the County of Los Angeles in Wear v. County of Los Angeles. I received your information from the docket sheet in Blanchard v. County of Los Angeles, 8:19cv-02438. In Blanchard, the decedent is our client's mother. On April 9, 2020, the County was served and as of today has not appeared in the case. The time to

respond has lapsed. Thus, I wanted to avoid filing a request for default by first determining if you needed an extension of time to file an Answer. If you will be representing the County, please let us know by the end of the day. If you will not be representing the County, we will continue with a request for a default. We understand due to the pandemic, things may have overlooked and we want to avoid the unnecessary motion practice.

Best regards,

<~WRD0001.jpg>

**Na'Shaun Neal**
Attorney
PLC Law Group
P: 310-400-5890M: 213-536-9993 F: 310-400-5895
A: 3756 Santa Rosalia Drive, Suite 326 , Los Angeles, CA 90008
W: ThePLCLawGroup.comE: nneal@theplclawgroup.com

**[EXTERNAL EMAIL]**
This email originated from outside of your organization. Do not click links or open attachments in this email unless you identify the email sender as a valid external sender and have a high degree of confidence that the email's content is safe. If you instead identify the email sender as an internal sender, but the email has been tagged as being from an external sender, DO NOT TAKE ANY ACTION on this email and notify IT support immediately; this is likely a spear phishing attack.

**[EXTERNAL EMAIL]**
This email originated from outside of your organization. Do not click links or open attachments in this email unless you identify the email sender as a valid external sender and have a high degree of confidence that the email's content is safe. If you instead identify the email sender as an internal sender, but the email has been tagged as being from an external sender, DO NOT TAKE ANY ACTION on this email and notify IT support immediately; this is likely a spear phishing attack.