**RICKEY IVIE, ESQ. (SBN 76864)**
*rivie@imwlaw.com*
**ANTONIO KIZZIE, ESQ. (SBN 279719)**
*akizzie@imwlaw.com*
**JACK ALTURA, ESQ. (SBN 297314)**
*jaltura@imwlaw.com*
**IVIE McNEILL WYATT**
**PURCELL & DIGGS**
**A Professional law Corporation**
444 South Flower Street, Suite 1800
Los Angeles, California 90071
Telephone:   (213) 489-0028
Facsimile:    (213) 489-0552

Attorneys for Defendants
**COUNTY OF LOS ANGELES, et.al.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELLE WEAR,<br><br>                    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity, and DOES 1 through 10<br><br>          Defendants. | CASE NO.: 8:20-cv-00459-JVS-DFM<br><br>**DEFENDANT COUNTY OF LOS ANGELES' REQUESTS FOR ADMISSION TO PLAINTIFF DONNELLE WEAR**<br><br>**(SET ONE)** |

**PROPOUNDING PARTY:**   Defendant **COUNTY OF LOS ANGELES**

**RESPONDING PARTY:**   Plaintiff **DONNELLE WEAR**

**SET No.:**   One

_____

///

///

-1-
**DEFENDANT COUNTY OF LOS ANGELES' REQUESTS FOR ADMISSION TO PLAINTIFF DONNELLE WEAR**

**TO**: **PLAINTIFF DONNELLE WEAR AND TO HER ATTORNEYS OF RECORD HEREIN:**

Pursuant to F.R.C.P. Rule 36, Defendant COUNTY OF LOS ANGELES (hereinafter "DEFENDANT") hereby requests that Plaintiff **DONNELLE WEAR** (hereinafter "PLAINTIFF" "YOU" and/or "YOUR") serve a written response as required by F.R.C.P. Rule 34(b) within thirty (30) days of the service of admit within thirty (30) days after service of these Request For Admissions pursuant to the Federal Rules of Civil Procedure §36(a)(3) that each of the following facts are true:

## DEFINITIONS AND INSTRUCTIONS

1. "INCIDENT" includes the circumstances and events surrounding the alleged accident, injury, wrongdoing or other occurrence or breach of contract giving rise to this action, lawsuit or proceeding.

2. "PLAINTIFF," "YOU" or "YOUR" shall include Plaintiff **DONNELLE WEAR** individually and/or anyone action on your behalf, including agents, employees, attorneys, insurance companies, accountants, investigators, representatives and any other person acting on behalf of the PLAINTIFF.

3. "PERSON" includes a natural person, firm, association, organization, partnership, business, trust, corporation or public entity.

4. "DOCUMENT" or "DOCUMENTS" as used herein, shall mean the original or a copy of any kind of written, typewritten, printed or recorded material whatsoever, including but not limited to notes, memoranda, letters, diaries, calendars, articles, telegrams or other correspondence, worksheets, recordings, studies, analyses, opinion books, reports, video, transcriptions or recordings, information retrievable from computers, e-mail transmissions, pictures, drawings, photographs or other graphic representations, and any other physical means of communication, including tape recordings and magnetic tape. The term specifically includes any drafts, whether or not used, of the foregoing and any altered or

-2-

1

## REQUEST FOR ADMISSIONS NO. 180

2
      Admit that your lawsuit is frivolous.

3

4
Dated: May 14, 2020             **IVIE McNEILL WYATT PURCELL & DIGGS**

5
                By:       */S/ Antonio K. Kizzie*

6
                       **RICKEY IVIE**

7
                       **ANTONIO K. KIZZIE**
                       **JACK F. ALTURA**

8
                       Attorneys for Defendants,
                       **COUNTY OF LOS ANGELES, et al.**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT COUNTY OF LOS ANGELES' REQUESTS FOR ADMISSION TO PLAINTIFF DONNELLE WEAR**

## <u>PROOF OF SERVICE</u>

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 444 South Flower Street, Suite 1800, Los Angeles, California, 90071.

On **May 14, 2020** I served the foregoing document described as the **DEFENDANT COUNTY OF LOS ANGELES' REQUEST FOR ADMISSIONS TO PLAINTIFF DONNELLE WEAR (SET ONE)** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes as addressed on the service list:

**(SEE LIST BELOW)**

[ ]   **BY PERSONAL DELIVERY**:     I caused such document to be delivered by hand to the addressee with delivery time prior to 5:00 pm on the date specified above.

[ ]   **BY MAIL**:  I caused such envelope to be deposited in the mail at Los Angeles, California, with first class postage thereon fully prepaid. I am readily familiar with the business practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the Ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

[ ]   **BY FACSIMILE TRANSMISSION AND ELECTRONIC SERVICE**: I caused such documents to be transmitted to the offices of the addressee via facsimile machine, on the date specified above. The facsimile machine telephone number I used, (213) 489-0028, was in compliance with Rule 2003(3) and the transmission was reported as complete without error. Pursuant to Rule 2008(e), I caused a copy of the transmission report to be properly issued by the transmitting facsimile machine.

[ ]   **Email:** See attached service list.

**[X]**   **BY OVERNIGHT EXPRESS DELIVERY**:   I am "readily familiar" with the firm's practice of collection and processing correspondence for Overnite/Federal Express.  Under that practice, it would be picked up by a representative on that same day, in the ordinary course of business and would be delivered the next business day.

[✓]   (Federal) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **May 14, 2020,** Los Angeles, California.

_/s/ Martha I. Carrillo_
**MARTHA I. CARRILLO**

## SERVICE LIST

| | |
|---|---|
| Peter L. Carr, IV, Esq.<br>Na'Shaun L. Neal, Esq.<br>**PLC LAW GROUP, APC**<br>3756 Santa Rosalia Dr., Suite 326<br>Los Angeles, CA 90008<br>Telephone: (310) 400-5890<br>Facsimile: (310) 400-5895<br><br>EMAIL:    pcarr@PLClawgroup.com<br>             nneal@PLClawgroup.com | Attorneys for Plaintiff<br>**DONNELLE WEAR** |



**800-322-5555**
**www.gls-us.com**

Ship From:
IVIE MCNEILL AND WYATT
MARTHA CARRILLO
444 SOUTH FLOWER STREET STE 1800
LOS ANGELES, CA 90071

Ship To:

**PLC LAW GROUP, APC**

**PETER L. CARR, ESQ.**

**3756 SANTA ROSALIA DR., SUITE 326**

**LOS ANGELES, CA 90008**

**COD:** $0.00
**Weight:** 0 lb(s)
**Dimensions:**
**Reference:** 220-005
**Delivery Instructions:**
**Signature Type:** STANDARD

Tracking #:  549020768

**CPS**

**LOS ANGELES**

**S90303A**



20310155

**LAX CA902-D11**

Print Date : 05/14/20 15:12 PM

Send Label To Printer    ☑ Print All    `1 ▼` **of 1**

**LABEL INSTRUCTIONS:**

**Do not copy or reprint this label for additional shipments-each package must have a unique barcode.**

Step 1: Use the "Send Label to Printer" button on this page to print the shipping label on a laser or inkjet printer.

Step 2: Fold this page in half.

Step 3: Securely attach this label to your package and do not cover the barcode.

**TERMS AND CONDITIONS:**

By giving us your shipment to deliver, you agree to all of the General Logistics Systems US, Inc. (GLS) service terms & conditions including, but not limited to; limits of liability, declared value conditions, and claim procedures which are available on our website at www.gls-us.com.

**RICKEY IVIE, ESQ. (SBN 76864)**
*rivie@imwlaw.com*
**ANTONIO KIZZIE, ESQ. (SBN 279719)**
*akizzie@imwlaw.com*
**JACK ALTURA, ESQ. (SBN 297314)**
*jaltura@imwlaw.com*
**IVIE McNEILL WYATT**
**PURCELL & DIGGS**
**A Professional law Corporation**
444 South Flower Street, Suite 1800
Los Angeles, California 90071
Telephone:   (213) 489-0028
Facsimile:    (213) 489-0552

Attorneys for Defendants
**COUNTY OF LOS ANGELES, et.al.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELLE WEAR,<br><br>                    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity, and DOES 1 through 10<br><br><br><br>                    Defendants. | CASE NO.: 8:20-cv-00459- JVS-DFM<br><br>**DEFENDANT COUNTY OF LOS ANGELES' SPECIAL INTERROGATORIES TO PLAINTIFF DONNELLE WEAR**<br><br>**(SET ONE)** |

**PROPOUNDING PARTY:**   Defendant **COUNTY OF LOS ANGELES**

**RESPONDING PARTY:**    Plaintiff **DONNELLE WEAR**

**SET No.:**                        One

_____

-1-
**DEFENDANT COUNTY OF LOS ANGELES' SPECIAL INTERROGATORIES TO PLAINTIFF DONNELLE WEAR**

**TO**: **PLAINTIFF DONNELLE WEAR AND TO HER ATTORNEYS OF RECORD HEREIN:**

Pursuant to F.R.C.P. Rule 33, Defendant COUNTY OF LOS ANGELES (hereinafter "DEFENDANT") hereby requests that Plaintiff **DONNELLE WEAR** (hereinafter "PLAINTIFF" "YOU" and/or "YOUR") serve a written response as required by F.R.C.P. Rule 33 within thirty (30) days of the service of these Interrogatories upon PLAINTIFF.

In answering these Interrogatories, YOU are requested to provide all information which is available to YOU, YOUR agents, representatives, employees, attorneys and investigators and not merely such information as may be in YOUR personal possession or knowledge. If YOU are unable to answer any Interrogatory after exercising due diligence in attempting to do so, please answer to the extent of YOUR ability and specify the reasons for YOUR inability to answer the remainder.

If objections are interposed to any Interrogatory, please state the complete basis of the objection. If it is contended that any information sought is privileged by the attorney-client privilege or work-product privilege, it is requested that the factual basis for stating the privilege be stated, and that the factual basis not be merely asserted in conclusory terms. Responses are to be served at the Law Offices of Ivie, McNeill, Wyatt, Purcell & Diggs, APLC 444 South Flower Street, 18th Floor, Los Angeles, California 90071.

## DEFINITIONS AND INSTRUCTIONS

1. "INCIDENT" includes the circumstances and events surrounding the alleged accident, injury, wrongdoing or other occurrence or breach of contract giving rise to this action, lawsuit or proceeding.

2. "PLAINTIFF," "YOU" or "YOUR" shall include Plaintiff **DONNELLE WEAR** individually and/or anyone action on your behalf, including agents, employees, attorneys, insurance companies, accountants, investigators, representatives and any other person acting on behalf of the PLAINTIFF.

-2-

3. "PERSON" includes a natural person, firm, association, organization, partnership, business, trust, corporation or public entity.

4. "DOCUMENT" or "DOCUMENTS" as used herein, shall mean the original or a copy of any kind of written, typewritten, printed or recorded material whatsoever, including but not limited to notes, memoranda, letters, diaries, calendars, articles, telegrams or other correspondence, worksheets, recordings, studies, analyses, opinion books, reports, video, transcriptions or recordings, information retrievable from computers, e-mail transmissions, pictures, drawings, photographs or other graphic representations, and any other physical means of communication, including tape recordings and magnetic tape. The term specifically includes any drafts, whether or not used, of the foregoing and any altered or annotated copies of the foregoing.

5. "MEDICAL CARE" includes all medical, therapeutic, dental, psychological or psychiatric diagnosis, care, treatment, therapy, counseling, consultation, testing and evaluation done by a doctor.

6. Documents produced pursuant to this Demand for Production of Documents should be organized or labeled to indicate the specific requests to which they respond. In addition, for each document produced pursuant to this Demand for Production of Documents, Plaintiff should indicate the identity of the person from whom each document was obtained.

7. Whenever a requested document or category of documents is found or kept in a file, produce the document or documents along with the file in which they are contained. Whenever a requested document or file or group of documents are found in a file drawer, file box or other place, before the same is produced, attach to it a copy of the label, number or title on the file drawer, file box or other place from which the document was found or removed.

8. No document requested should be altered, changed or modified in any request, nor should any document be disposed of or destroyed.

-3-

**DEFENDANT COUNTY OF LOS ANGELES' SPECIAL INTERROGATORIES TO PLAINTIFF DONNELLE WEAR**

9.   These requests do not seek production of documents protected by the attorney-client communication privilege or documents identified as attorney work product. However, if any document is withheld under a claim of privilege or other protection, so as to aid the Court and the parties hereto to determine the validity of the claim of privilege or other protection, please provide the following information with respect to any such documents:

(a)  The identity of the person(s) who prepared the document, who signed it, and over whose name it was sent or issued;

(b) The identity of the person(s) to whom the document was directed;

(c)  The nature and substance of the documents with sufficient particularity to enable the Court and parties hereto to identify the documents;

(d) The date of the document;

(e)  The identity of the person(s) who has (have) custody of, or control over, the documents and each copy thereof;

(f) The identity of each person to whom copies of the documents were furnished;

(g) The number of pages;

(h) The basis on which any privilege or other protection is claimed; and

(i) Whether any non-privileged or non-protected matter is included in the document.

10. Pursuant to CD CA Local Rule 34-2, please quote each request in full before each response or objection.

11. "COLA" shall mean and refer to the Defendant **COUNTY OF LOS ANGELES**.

12. HEALTH CARE PROVIDER means any doctor, chiropractor, nurse, specialist, acupuncturist, or other person licensed or certified to administer any form of MEDICAL CARE pursuant to Division 2 (commencing with Section 500)

-4-
**DEFENDANT COUNTY OF LOS ANGELES' SPECIAL INTERROGATORIES TO PLAINTIFF DONNELLE WEAR**

of the Business and Professions Code, or licensed pursuant to the Osteopathic Initiative Act, or the Chiropractic Initiative Act, or licensed pursuant to Chapter 2.5 (commencing with Section 1440) of Division 2 of the Health and Safety Code; and any clinic, health dispensary, or health facility, licensed pursuant to Division 2 (commencing with Section 1200) of the Health and Safety Code. Health care provider also includes the legal representatives of a health care provider.

13.     The connectives 'AND" and "OR" should be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

14.     The term "ANY" should be understood in either its most or its least inclusive sense as necessary to bring within scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

15.     The words "IDENTIFY" or "IDENTITY," when used in reference to a PERSON or entity, shall be understood to mean provide the full name and current business and residence ADDRESS and telephone number, if known.

16.     The term "IDENTIFY" when referring to a document shall mean to give the following information: (a) the type of document; (b) the general subject matter of the document; (c) the date of the document; (d) the authors, addresses, and recipients of the document; (e) the location **and bate stamp** of the document; (f) the identity of the PERSON who has custody of the document; and (g) whether the document has been destroyed, and if so, (i) the date of destruction, (ii) the reason for the destruction, and (iii) the identity of the PERSON who destroyed it. **A failure to identify a document by bate stamp shall be deemed a failure to produce or identify any responsive document.**

17.     "DEFENDANTS" shall mean Defendant COUNTY OF LOS ANGELES and DOES 1 through 10 individually and/or collectively.

18.     "COMPLAINT" shall mean your lawsuit entitled *DONNELLE WEAR*

**DEFENDANT COUNTY OF LOS ANGELES' SPECIAL
INTERROGATORIES TO PLAINTIFF DONNELLE WEAR**

subjected to the unconstitutional acts of Defendant DOE Deputies on December 7, 2018" as alleged in paragraph 41 of your Complaint for Damages, Dkt. 1.

**INTERROGATORY NO. 22**

Please IDENTIFY all PERSONS with knowledge of facts in support of your allegation that "The aforesaid policies, customs, practices and usages described in this Complaint were the moving force that caused DECEDENT and Plaintiff to be subjected to the unconstitutional acts of Defendant DOE Deputies on December 7, 2018" as alleged in paragraph 41 of your Complaint for Damages, Dkt. 1.

Dated: May 14, 2020

**IVIE McNEILL WYATT PURCELL & DIGGS**

By:    _/S/ Antonio K. Kizzie_____
**RICKEY IVIE**
**ANTONIO K. KIZZIE**
**JACK F. ALTURA**
Attorneys for Defendants,
**COUNTY OF LOS ANGELES, et al.**

**DEFENDANT COUNTY OF LOS ANGELES' SPECIAL INTERROGATORIES TO PLAINTIFF DONNELLE WEAR**

# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 444 South Flower Street, Suite 1800, Los Angeles, California, 90071.

On **May 14, 2020** I served the foregoing document described as the **DEFENDANT COUNTY OF LOS ANGELES' SPECIAL INTERROGATORIES TO PLAINTIFF DONNELLE WEAR (SET ONE)** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes as addressed on the service list:

**(SEE LIST BELOW)**

[ ] **BY PERSONAL DELIVERY**:     I caused such document to be delivered by hand to the addressee with delivery time prior to 5:00 pm on the date specified above.

[ ] **BY MAIL**: I caused such envelope to be deposited in the mail at Los Angeles, California, with first class postage thereon fully prepaid. I am readily familiar with the business practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the Ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE TRANSMISSION AND ELECTRONIC SERVICE**: I caused such documents to be transmitted to the offices of the addressee via facsimile machine, on the date specified above. The facsimile machine telephone number I used, (213) 489-0028, was in compliance with Rule 2003(3) and the transmission was reported as complete without error. Pursuant to Rule 2008(e), I caused a copy of the transmission report to be properly issued by the transmitting facsimile machine.

[ ] **Email:** See attached service list.

**[X]    BY OVERNIGHT EXPRESS DELIVERY**:    I am "readily familiar" with the firm's practice of collection and processing correspondence for Overnite/Federal Express.  Under that practice, it would be picked up by a representative on that same day, in the ordinary course of business and would be delivered the next business day.

[✓]   (Federal) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **May 14, 2020,** Los Angeles, California.

> */s/ Martha I. Carrillo*
> **MARTHA I. CARRILLO**

1

### SERVICE LIST

2
3
4
5
6
7
8
9

| | |
|---|---|
| Peter L. Carr, IV, Esq.<br>Na'Shaun L. Neal, Esq.<br>**PLC LAW GROUP, APC**<br>3756 Santa Rosalia Dr., Suite 326<br>Los Angeles, CA 90008<br>Telephone: (310) 400-5890<br>Facsimile: (310) 400-5895<br><br>EMAIL:   pcarr@PLClawgroup.com<br>               nneal@PLClawgroup.com | Attorneys for Plaintiff<br>**DONNELLE WEAR** |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# GLS

**800-322-5555**
**www.gls-us.com**

**Ship From:**
IVIE MCNEILL AND WYATT
MARTHA CARRILLO
444 SOUTH FLOWER STREET STE 1800
LOS ANGELES, CA 90071

**Ship To:**
PLC LAW GROUP, APC
PETER L. CARR, ESQ.
3756 SANTA ROSALIA DR., SUITE 326
LOS ANGELES, CA 90008

**COD:** $0.00
**Weight:** 0 lb(s)
**Dimensions:**
**Reference:** 220-005
**Delivery Instructions:**
**Signature Type:** STANDARD

**Tracking #:  549020768**

**CPS**

**LOS ANGELES**

**S90303A**



20310155

## LAX CA902-D11

Print Date : 05/14/20 15:12 PM

Send Label To Printer     ☑ Print All          | 1 ▼ | **of 1**

## LABEL INSTRUCTIONS:

**Do not copy or reprint this label for additional shipments-each package must have a unique barcode.**

Step 1: Use the "Send Label to Printer" button on this page to print the shipping label on a laser or inkjet printer.

Step 2: Fold this page in half.

Step 3: Securely attach this label to your package and do not cover the barcode.

## TERMS AND CONDITIONS:

By giving us your shipment to deliver, you agree to all of the General Logistics Systems US, Inc. (GLS) service terms & conditions including, but not limited to; limits of liability, declared value conditions, and claim procedures which are available on our website at www.gls-us.com.

**RICKEY IVIE, ESQ. (SBN 76864)**
*rivie@imwlaw.com*
**ANTONIO KIZZIE, ESQ. (SBN 279719)**
*akizzie@imwlaw.com*
**JACK ALTURA, ESQ. (SBN 297314)**
*jaltura@imwlaw.com*
**IVIE McNEILL WYATT**
**PURCELL & DIGGS**
**A Professional law Corporation**
444 South Flower Street, Suite 1800
Los Angeles, California 90071
Telephone:   (213) 489-0028
Facsimile:    (213) 489-0552

Attorneys for Defendants
**COUNTY OF LOS ANGELES, et.al.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELLE WEAR,<br><br>                    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity, and DOES 1 through 10.<br><br>                    Defendants | CASE NO.: 8:20-cv-00459- JVS-DFM<br><br>**DEFENDANT COUNTY OF LOS ANGELES' REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DONNELLE WEAR**<br><br>**(SET ONE)** |

**PROPOUNDING PARTY:**   Defendant **COUNTY OF LOS ANGELES**

**RESPONDING PARTY:**   Plaintiff **DONNELLE WEAR**

**SET No.:**   One

_____

-1-

**REQUEST FOR PRODUCTION OF DOCUMENT NO. 71:**

Any and all documents in support of your contention, if any, that the conduct of civilian citizens attempting to restrain Decedent was not the cause of Decedent's death.

Dated: May 14, 2020                    **IVIE McNEILL WYATT**
                                       **PURCELL & DIGGS**

                            By:    _/S/ Antonio K. Kizzie_____
                                   **RICKEY IVIE**
                                   **ANTONIO K. KIZZIE**
                                   **JACK F. ALTURA**
                                   Attorneys for Defendants,
                                   **COUNTY OF LOS ANGELES, et al.**

**DEFENDANT COUNTY OF LOS ANGELES' REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DONNELLE WEAR**

## **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 444 South Flower Street, Suite 1800, Los Angeles, California, 90071.

On **May 14, 2020** I served the foregoing document described as the **DEFENDANT COUNTY OF LOS ANGELES' REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DONNELLE WEAR (SET ONE)** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes as addressed on the service list:

**(SEE LIST BELOW)**

[ ]   **BY PERSONAL DELIVERY**:      I caused such document to be delivered by hand to the addressee with delivery time prior to 5:00 pm on the date specified above.

[ ]   **BY MAIL**:  I caused such envelope to be deposited in the mail at Los Angeles, California, with first class postage thereon fully prepaid. I am readily familiar with the business practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the Ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

[ ]   **BY FACSIMILE TRANSMISSION AND ELECTRONIC SERVICE**: I caused such documents to be transmitted to the offices of the addressee via facsimile machine, on the date specified above. The facsimile machine telephone number I used, (213) 489-0028, was in compliance with Rule 2003(3) and the transmission was reported as complete without error. Pursuant to Rule 2008(e), I caused a copy of the transmission report to be properly issued by the transmitting facsimile machine.

[ ]   **Email:** See attached service list.

**[X]**   **BY OVERNIGHT EXPRESS DELIVERY**:   I am "readily familiar" with the firm's practice of collection and processing correspondence for Overnite/Federal Express.  Under that practice, it would be picked up by a representative on that same day, in the ordinary course of business and would be delivered the next business day.

[✓]   (Federal) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **May 14, 2020,** Los Angeles, California.

*/s/ Martha I. Carrillo*
**MARTHA I. CARRILLO**

1

## SERVICE LIST

2
3
4
5
6
7
8
9

| Peter L. Carr, IV, Esq.<br>Na'Shaun L. Neal, Esq.<br>**PLC LAW GROUP, APC**<br>3756 Santa Rosalia Dr., Suite 326<br>Los Angeles, CA 90008<br>Telephone: (310) 400-5890<br>Facsimile: (310) 400-5895<br><br>EMAIL:   pcarr@PLClawgroup.com<br>               nneal@PLClawgroup.com | Attorneys for Plaintiff<br>**DONNELLE WEAR** |
| --- | --- |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# GLS

**800-322-5555**
**www.gls-us.com**

**Ship From:**
IVIE MCNEILL AND WYATT
MARTHA CARRILLO
444 SOUTH FLOWER STREET STE 1800
LOS ANGELES, CA 90071

**Ship To:**
**PLC LAW GROUP, APC**
**PETER L. CARR, ESQ.**
**3756 SANTA ROSALIA DR., SUITE 326**
**LOS ANGELES, CA 90008**

**Tracking #:  549020768**

**CPS**

**LOS ANGELES**

**S90303A**



20310155

**COD:** $0.00
**Weight:** 0 lb(s)
**Dimensions:**
**Reference:** 220-005
**Delivery Instructions:**
**Signature Type:** STANDARD

# LAX CA902-D11

Print Date : 05/14/20 15:12 PM

Send Label To Printer   ☑ Print All

| 1 ▼ | **of 1**

## LABEL INSTRUCTIONS:

**Do not copy or reprint this label for additional shipments-each package must have a unique barcode.**

Step 1: Use the "Send Label to Printer" button on this page to print the shipping label on a laser or inkjet printer.

Step 2: Fold this page in half.

Step 3: Securely attach this label to your package and do not cover the barcode.

## TERMS AND CONDITIONS:

By giving us your shipment to deliver, you agree to all of the General Logistics Systems US, Inc. (GLS) service terms & conditions including, but not limited to; limits of liability, declared value conditions, and claim procedures which are available on our website at www.gls-us.com.