| | |
|---|---|
| 1 | **RICKEY IVIE (S.B.N.: 76864)** |
| | *rivie@imwlaw.com* |
| 2 | **ANTONIO KIZZIE (S.B.N.: 279719)** |
| 3 | *akizzie@imwlaw.com* |
| | **IVIE McNEILL WYATT PURCELL & DIGGS, APLC** |
| 4 | 444 S. Flower Street, Suite 1800 |
| 5 | Los Angeles, California 90071 |
| | Telephone:  (213) 489-0028 |
| 6 | Facsimile:  (213) 489-0552 |

Attorneys for Defendants, COUNTY OF LOS ANGELES, a municipal entity, DEPUTY JONATHAN PAWLUK, an individual, DEPUTY ADRIAN DE CASAS, an individual

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER BLANCHARD, as guardian ad litem for minor plaintiff I.C.W., successor in interest to Joseph Alan Wear, and DONNELLE WEAR, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, et.al.<br><br>　　　　Defendants. | Case No.: 8:19-CV-02438-JVS (DFM)<br><br>*Consolidated with*<br><br>Case No.: 8:20-CV-00459-JVS-(DFM)<br><br>*Related to:* Case No: 8:21-CV-00937-JVS-DFM<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE HEARING ON COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, ADJUDICATION** |

**PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE HEARING ON COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, ADJUDICATION**

## ORDER

Upon review of the moving papers, opposing papers, relevant case law and both parties' arguments, **IT IS HEREBY ORDERED** that:

- Defendant County of Los Angeles' Application is GRANTED
    - The Hearing on Defendants' Motion for Summary Judgment is continued from October 25, 2021 to November 8, 2021;
    - The due date for Defendants' Reply to Plaintiff's Opposition to Defendants' Motion is continued from October 11, 2021 to October 25, 2021.

**Dated:** October 14, 2021

_____
**HONORABLE JAMES V. SELNA**
**UNITED STATES DISTRICT JUDGE**

- 2 -

**PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO CONTINUE HEARING ON COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, ADJUDICATION**